**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

CHRISTIAN SANCHEZ,

                        **Plaintiff,**

          -against-

BRACKETRON, INC.,

                   **Defendant.**

----------------------------------------------------------------X

**20-CV-10102 (PGG) (SN)**

**ORDER**

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: __ 3/8/2021     │
└─────────────────────────────┘
```

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff filed the Complaint on December 2, 2020. ECF No. 1. Plaintiff filed proof of service on the docket on January 26, 2021, indicating that the Defendant was served on January 8, 2021, and that the Answer was due on January 29, 2021. See ECF No. 7. On that same date the Plaintiff requested that the Defendant be granted a 30-day extension in which to answer or otherwise respond to the Complaint, to February 26, 2021, as the Defendant was in the process of retaining counsel, which the Court granted. See ECF No. 8. To date, the Defendant has failed to make an appearance, answer, or otherwise respond to the Complaint.

      Accordingly, the Plaintiff is directed to file a letter with the Court by March 12, 2021, informing the Court whether he intends to move for default judgment or make some alternative application to the Court. Motions for default judgment must comply with Judge Gardephe's individual rules of practice at Attachment A.

**SO ORDERED.**

                                  SARAH NETBURN
                                  United States Magistrate Judge

DATED:     New York, New York
             March 8, 2021