

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

March 9, 2021

**VIA ECF**
Honorable Judge Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   Sanchez v. Bracketron, Inc.; Case No. 1:20-cv-10102-PGG-SN

To the Honorable Judge Netburn,

    The undersigned represents Plaintiff Christian Sanchez (hereinafter "Plaintiff") in this matter, which involves claims asserted under the Americans with Disabilities Act, 42 U.S.C. §12101.

    This letter motion is submitted to inform the Court that the undersigned has been in contact with General Counsel for Defendant who is still in the process of retaining local counsel. The parties have conferred and agreed that Defendant have until April 5, 2021 to appear or otherwise respond to the complaint.

    At this time, the undersigned respectfully requests that the Court grant Defendant until April 5, 2021 to appear or otherwise respond to the Complaint.

    Thank you for your consideration in this matter.

    Respectfully submitted,

    */S/ Joseph H. Mizrahi*
    Joseph H. Mizrahi, Esq.