UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CHRISTIAN SANCHEZ,

                Plaintiff,                20-CV-10102 (PGG) (SN)

      -against-                  **ORDER**

BRACKETRON, INC.,

                Defendant.
----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff filed the Complaint on December 2, 2020. ECF No. 1. Plaintiff filed proof of service on the docket on January 26, 2021, indicating that the Defendant was served on January 8, 2021, and that the Answer was due on January 29, 2021. See ECF No. 7. On that same date the Plaintiff requested that the Defendant be granted a 30-day extension in which to answer or otherwise respond to the Complaint, to February 26, 2021, as the Defendant was in the process of retaining counsel, which the Court granted. See ECF No. 8. When the Defendant failed to Answer or otherwise respond, the Court directed the Plaintiff to file a letter indicating whether he intended to move for default. See ECF No. 9. The Plaintiff again requested an extension on the Defendant's behalf, with the Court granting the extension for the Defendant to Answer or otherwise respond by April 5, 2021. See ECF No. 10. To date, the Defendant has failed to make an appearance, answer, or otherwise respond to the Complaint.

      Accordingly, the Plaintiff is directed to file a letter with the Court by April 9, 2021, informing the Court whether he intends to move for default judgment or voluntarily dismiss the case. No further extensions will be granted for the Defendant absent a showing of good cause,

2

and the Plaintiff is noticed that failure to take action may result in dismissal for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Motions for default judgment must comply with Judge Gardephe's individual rules of practice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 7, 2021
       New York, New York